UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 NOV -6 PM 3: 26

UNITED STATES OF AMERICA

v.   CASE NO. 8:18-cr-539-T-30AAS
     21 U.S.C. § 841(a)(1)

JOSHUA KOEZENO



### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 5, 2017, in the Middle District of Florida, the defendant,

JOSHUA KOEZENO,

aiding and abetting others, did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Taylor G. Stout
Assistant United States Attorney

By: _____
James Preston
Assistant United States Attorney
Deputy Chief, Violent Crimes and Narcotics Section

3

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JOSHUA KOEZENO

## INDICTMENT

Violations:   21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 6th day of November 2018.

_____
Clerk

Bail $_____

GPO 863 525