AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHAL

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

18 NOV -7 AM 10: 04

MIDDLE DIST. OF FLORIDA
TAMPA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:18-cr-539-T-30AAS |
| JOSHUA KOEZENO | ) | |
| | ) | SEALED |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOSHUA KOEZENO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possess with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

Date: 11-7-18

*Issuing officer's signature*

City and state:   Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

| This warrant was received on *(date)* 11-07-18, and the person was arrested on *(date)* 01-24-19 |
| at *(city and state)* PASCO CO JAIL / WHCAP |
| Date: 01-24-19 |
| *Arresting officer's signature* |
| Roger DeVall  CrDJSM |
| *Printed name and title* |