# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE NO.  8:18-cr-539-T-30AAS                           DATE:  January 30, 2019

HONORABLE AMANDA ARNOLD SANSONE                         INTERPRETER  N/A
                                                        LANGUAGE

UNITED STATES OF AMERICA                                AUSA Taylor Stout
v.                                                      Government Counsel

JOSHUA KOEZENO                                          Jason Mayberry, Esq.
Defendant                                               Defense Counsel

COURT RPTR/TAPE  Digital                                DEPUTY CLERK Cathy Morgan

TIME  2:32 - 3:38                 TOTAL  6 min   COURTROOM  12B

## PROCEEDINGS: **INITIAL APPEARANCE/ARRAIGNMENT**
(Circle proceedings that apply)

| | |
|---|---|
| X | Deft provided w/copy of  Indictment |
| X | ARREST DATE:  January 30, 2019 |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| X | Financial Affidavit submitted for approval |
| X | CJA appointed for all purposes including trial |
| X | Govt position on detention - risk of flight/danger to community |
| X | Defendant does not contest detention at this time bust reserves but reserves the right to revisit the issue of bond by filing the appropriate motion. |
| X | Court detains defendant |
| X | Indictment filed and copied to defendant. |
| X | Defendant waived reading of Indictment |
| X | Defendant plead Not Guilty as to all counts |
| X | Trial scheduled for trial term commencing March 4, 20119 at 9:00 a.m. before Judge Moody |
| X | Government to provide Rule 16(a) discovery |
| X | Defendant to provide Rule 16(b) discovery |
| X | Judge Sansone to enter the standing discovery order. |