**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                  **Case No: 8:18-cr-539-T-30AAS**

**JOSHUA KOEZENO**            /

**ORDER OF DETENTION**

      This cause came on for hearing following defendant's appearance upon a writ of habeas corpus ad prosequendum, on an Indictment charging him with possession with intent to distribute 50 grams or more of methamphetamine, in violation of Title 21 U.S.C. § 841(b)(1)(A). Since the defendant is currently incarcerated serving a state sentence, he is ineligible for release on bond and is detained. Defendant does not contest detention at this time. Should the defendant's situation change and he becomes eligible for release, a motion for reconsideration of the detention order may be filed on his behalf. It is therefore,

      **ORDERED:**

      The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of

the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED this __30th__ day of January, 2019

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge