UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                         CASE NO. 8:18-cr-539-T-30AAS

JOSHUA KOEZENO

**JOINT STATUS REPORT**

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's Pretrial Discovery Order and Notice of Trial and Status Conference of January 30, 2019 (Doc. 19), the United States herein states as follows:

    **1.**     **Brief summary of the case's status and number of remaining defendants (and the number of fugitives):**

On November 6, 2018, the grand jury indicted the defendant on the following charge: possessing with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). Doc. 1. The Court held his initial appearance and arraignment on January 30, 2019. Doc. 11. The defendant is currently serving a state prison sentence, and the Court detained the defendant. *Id.* The case is currently on the

Court's March 2019 trial calendar.   Doc. 19.

2. **Possibility of a plea agreement as to each defendant:**

Based on communications with defense counsel, the United States understands that the defendant is currently still evaluating the discovery and how he plans to proceed in this case.

3. **Number of days required for trial:**

The United States estimates that its case-in-chief will take two days. Defense counsel is still evaluating how long the defendant's case-in-chief will take.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions, but defense counsel plans to file an unopposed motion to continue.

5. **Potential speedy trial problems:**

This case is on the Court's March 2019 trial calendar, and there are no speedy trial problems.

The United States has consulted with counsel for the defendant, who agrees with the above information.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By:    */s/ Taylor G. Stout*
        Taylor G. Stout
        Assistant United States Attorney
        United States Attorney No. 171
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:  (813) 274-6358
        E-mail:  taylor.stout@usdoj.gov

U.S. v. Koezeno                                             Case No. 8:18-cr-539-T-30AAS

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jason M. Mayberry, Esquire

*/s/ Taylor G. Stout*
Taylor G. Stout
Assistant United States Attorney
United States Attorney No. 171
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail:   taylor.stout@usdoj.gov